# IN THE SUPREME COURT OF THE STATE OF NEVADA

CHARLES NOLAN,
                    Appellant,

vs.

THE STATE OF NEVADA,
                    Respondent.

No. 85574

**FILED**

NOV 10 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se notice of appeal from a district court order granting in part and denying in part a motion for credit for time served. Because no statute or court rule permits an appeal from such an order, this court lacks jurisdiction to consider this appeal.[1] *See Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990) (explaining that court has jurisdiction only when statute or court rule provides for appeal). Accordingly, this court

ORDERS this appeal DISMISSED.[2]

_____, J.
Cadish

_____, J.
Pickering

_____, Sr.J.
Gibbons

---

[1]A claim for additional presentence credit is a challenge to the validity of the judgment of conviction and sentence and therefore must be raised in a postconviction petition for a writ of habeas corpus. *See Griffin v. State*, 122 Nev. 737, 744, 137 P.3d 1165, 1169 (2006). This court expresses no opinion as to whether appellant could meet the procedural requirements of NRS Chapter 34.

[2]The Honorable Mark Gibbons, Senior Justice, participated in the decision of this matter under a general order of assignment.

22-35495

cc:    Hon. James Todd Russell, District Judge
        Charles Nolan
        Attorney General/Carson City
        Carson City District Attorney
        Carson City Clerk